

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00060-CV

## IN THE INTEREST OF A.C., S.C., AND B.W., CHILDREN

**From the 21st District Court
Burleson County, Texas
Trial Court No. 28,210**

## ABATEMENT ORDER

The Texas Department of Family and Protective Services filed a Motion to Request a Copy of the Sealed Records with the Clerk of this Court contending that "this Court ordered the appellate record in the cause to be sealed to the public" and requesting a copy of the "records" so that the Department could prepare and file its brief in this appeal.

This Court did not order the appellate record sealed. Rather, the attorney representing the Department in the proceeding in the trial court requested that the trial court seal the records. The trial court obliged and issued an order sealing "all documents" and stating, "[t]he documents shall not be opened or released except on appropriate court order." The trial court then made a hand-written addition to the order

allowing appellant's attorney to "open and view all documents." No similar provision was provided for the Department.

Because we are not aware of the reason why the Department requested or why the trial court sealed the record, we are reluctant to modify the trial court's sealing order. Accordingly, this proceeding is abated so that the Department may present its motion to the trial court which granted the Department's motion to seal the record, thus denying the Department access to that record, and the trial court is Ordered to hold a hearing on the Department's motion within 14 days of the date of this Order. Supplemental reporter's and clerk's records containing the trial court's written or oral ruling on the Department's motion are due 7 days after the date of the hearing.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed April 19, 2017

